IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIPRIANO SOLIS BELTRAN,

    Petitioner,                    No. CIV S-06-0069 MCE DAD P

    vs.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTION, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. In his habeas petition, petitioner challenges a judgment of conviction entered by the Fresno County Superior Court.

        Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). An action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court for all further proceedings.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number to be assigned by the clerk and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: January 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
belt0069.109