1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    CIPRIANO SOLIS BELTRAN,                    1:06-cv-0068 OWW TAG HC

                   Petitioner,
9
          vs.                                   ORDER GRANTING MOTION TO
10                                              PROCEED IN FORMA PAUPERIS
     DIRECTOR OF CALIFORNIA
11   DEPARTMENT OF CORRECTION,                  (Doc. 2)
     et al.,
12                 Respondent.
     _____/
13

14          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15   28 U.S.C. § 2254.

16          Petitioner has filed an application to proceed in forma pauperis and a certified copy of

17   petitioner's prison trust account statement.   (Doc. 2).  Examination of these documents reveals that

18   petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma

19   pauperis (Doc. 2), is GRANTED.  See 28 U.S.C. § 1915.

20

21   IT IS SO ORDERED.

22   Dated:   __March 12, 2006__              _____/s/ Theresa A. Goldner_____
     j6eb3d                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28